McGREGOR W, SCOTT
United States Attorney
GREGORY T. BRODERICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2780
Facsimile: (916) 554-2900

Attorneys for the United States

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASIR MEHMOOD,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES, et al.,<br><br>　　　　　　Defendants. | CASE NO. 2:18−cv−00136-CKD-PC<br><br>**STIPULATED REQUEST FOR EXTENSION FOR PLAINTIFF TO RESPOND TO UNITED STATES' MOTION TO DISMISS; PROPOSED ORDER** |

**TO THE COURT AND THE PARTIES**:

　　　　Pursuant to Local Rule 144, counsel for the United States requests an extension for Plaintiff to respond to the United States' pending motion to dismiss. (ECF No. 13). Plaintiff is proceeding pro se and appears to be in civil custody in Florida. The United States filed its motion to dismiss on June 25, 2018, and served it on Plaintiff that same day by mail. (ECF No. 13-2). Counsel for the United States included a letter with that service, explaining that Plaintiff had 21 days to oppose the motion under Local Rule 230(l), the importance of filing an opposition or non-opposition, and an offer to extend time if Plaintiff so required. The due date for Plaintiff's opposition is today, July 16, 2018. The United States recently received a letter from Plaintiff dated July 5, 2018, explaining that he has had medical difficulties and requesting 30 additional days to oppose the motion. (*See* Attachment A). The United States agrees to this request, and stipulates that the Court should allow Plaintiff an extension up to and including August 15, 2018, for Plaintiff to oppose the pending motion. A proposed order is included.

Respectfully submitted,

DATED: July 16, 2018　　　　　　　　　　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　　　　　　By:　*/s/ Gregory T. Broderick*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　GREGORY T. BRODERICK
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Stipulated Request for Extension for Plaintiff; *Mehmood v. United States*　　　　　　　1

## **ORDER**

**GOOD CAUSE APPEARING, IT IS SO ORDERED**.

Plaintiff shall have an extension of time of 30 days, up to and including August 15, 2018, in which to oppose the United States' pending motion to dismiss. Failure to file an opposition within 30 days will result in a recommendation that this action be dismissed.

Dated: July 17, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE