1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    YASIR MEHMOOD,                          No.  2:18-cv-0136 CKD P

12                   Plaintiff,

13          v.                                ORDER

14    UNITED STATES OF AMERICA, et al.,

15                   Defendants.

16

17          Plaintiff has filed a motion for an extension of time to file a response to defendant

18    U.S.A.'s motion to dismiss.  Good cause appearing, IT IS HEREBY ORDERED that:

19          1.  Plaintiff's motion for an extension of time (ECF No. 25) is granted; and

20          2.  Plaintiff is granted up to and including October 6, 2018 in which to file a response to

21    the motion to dismiss.  Failure to file a response by that date will result in a recommendation that

22    this action be dismissed without prejudice.

23    Dated:  August 15, 2018

24                                            _____
                                              CAROLYN K. DELANEY
25                                            UNITED STATES MAGISTRATE JUDGE

26

27    1/bh
      mehm0136.36
28