UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASIR MEHMOOD,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | No. 2:18-cv-0136 CKD P<br><br><br><br>ORDER |

On November 30, 2018, plaintiff's complaint was dismissed with leave to amend. Plaintiff was granted until February 4, 2019 to file his amended complaint and was warned that failure to file an amended complaint by that date would result in dismissal. Plaintiff has not filed an amended complaint. Both parties have consented to this court's jurisdiction pursuant to 28 U.S.C. § 636(c) and Local Rule 302.

In accordance with the above, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

Dated: February 20, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
mehm0136.fta